UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ELLIS ANDERSON, III, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:06-CV-0784 |
| | ) | Judge Echols |
| ASPLUNDH TREE EXPERT COMPANY, INC., | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Motion for Summary Judgment (Docket Entry No. 18) filed by Defendant Asplundh Tree Expert Company, Inc. is hereby GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE